# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

FILED

AUG 1 9 2019

Clerk, U S District Court
District Of Montana
Billings



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-42-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JOSEPH MATTHEW BALLANTYNE, | |
| Defendant. | |

The Court granted Defendant Joseph Matthew Ballantyne's motion to dismiss the indictment. Therefore, Ballantyne's motion to suppress (Doc. 19) is denied as moot and the suppression hearing set for Friday, August 30, 2019, is vacated.

DATED this ___19th___ day of August, 2019.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1